UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AMBER LEE BUTLER** | **CIVIL ACTION** |
| versus | **NO. 14-2962** |
| **WARDEN JAMES ROGERS** | **SECTION: "C" (1)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for *habeas corpus* relief filed by **Amber Lee Butler** is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 29 day of April, 2015.

UNITED STATES DISTRICT JUDGE